UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT JAMES STEWART,<br><br>                    Plaintiff,<br><br>     vs.<br><br>JOHN E. BRIDGES, JODY WHITE, BRENT PATTERSON, JANE DOE BSYISS, WENATCHEE HUMANE SOCIETY, and CHELAN COUNTY,<br><br>                    Defendants. | NO.  CV-09-040-EFS<br><br>**ORDER DENYING MOTION FOR EXTENSION OF TIME AND DISMISSING ACTION** |

By Order filed April 23, 2009, the Court denied Plaintiff's application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g) and directed Mr. Stewart to pay the full $350.00 filing fee within twenty days. In response, Mr. Stewart submitted a Motion for Extension of Time (Ct. Rec. 15), indicating he might be released from incarceration on June 17, 2009, and requesting an additional 120 days thereafter apparently to pay the filing fee for this action.

The Court finds Mr. Stewart's request is excessive under the circumstances and unwarranted. Accordingly, **IT IS ORDERED** Plaintiff's Motion (Ct. Rec. 15) is **DENIED** and this action is **DISMISSED without prejudice.**

Furthermore, Plaintiff's apparent request for monetary damages

ORDER DENYING MOTION FOR EXTENSION OF TIME AND DISMISSING ACTION -- 1

based on denials from the District Court Executive of his requests for public records under the Freedom of Information Act ("FOIA") (Ct. Rec. 14) is frivolous.  The FOIA requires governmental "agencies" to make "agency records" available to any person for a nominal charge limited to the direct costs of search and duplication. 5 U.S.C. § 552(a)(3) and (4)(A), (B).  Although the FOIA provides no definition for the term "agency records," the definition of the term "agency" expressly exempts "the courts of the United States" from the Act's operation. 5 U.S.C. § 551(1)(B).  Thus, the provisions of the FOIA impose no obligation on the courts to produce any records in their possession.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, enter judgment of dismissal, forward a copy to Plaintiff at his last known address, and close the file.  All pending Motions are **DENIED as moot.**

**DATED** this  18th   day of May 2009.


                            s/Edward F. Shea
                            EDWARD F. SHEA
                            UNITED STATES DISTRICT JUDGE

Q:\Civil\2009\9cv40efs-5-18-denymtndismiss.wpd

ORDER DENYING MOTION FOR EXTENSION OF TIME AND DISMISSING ACTION -- 2