AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

PLAINTIFF,

Robert James Stewart

v.

DEFENDANT,

Bridges, et al

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-0040-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Court denied Plaintiff's application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g) and directed Mr. Stewart to pay the full $350.00 filing fee within twenty days. Mr. Stewart submitted a Motion for Extension of Time (Ct. Rec. 15). Plaintiff's Motion (Ct. Rec. 15) is DENIED and this action is DISMISSED without prejudice.

| | |
|---|---|
| May 18, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Vikki Johnson |
| | *(By) Deputy Clerk* |
| | Vikki Johnson |