UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT JAMES STEWART,<br><br>        Plaintiff,<br><br>  vs.<br><br>JOHN E. BRIDGES, et al.,<br><br>        Defendants. | NO. CV-09-040-EFS<br><br>**ORDER STRIKING EMERGENCY PETITION FOR DECLARATORY JUDGMENT** |

    BEFORE THE COURT is Plaintiff's document titled "Emergency Petition for Declaratory Judgment" (ECF No. 26). This action was dismissed, judgment was entered, and the file was closed on May 18, 2009 (ECF Nos. 16 & 17). The Ninth Circuit dismissed Mr. Stewart's appeal on August 3, 2009 (ECF No. 25). There being no basis to consider Plaintiff's petition, **IT IS ORDERED**: the District Court Executive shall **STRIKE** Mr. Stewart's Petition (Ct. Rec. 26). **IT IS FURTHER ORDERED** Mr. Stewart shall file nothing further in this action.

    **IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward a copy to Plaintiff at his last known address and re-close the file. The Court certifies any appeal of this Order would not be taken in good faith.

    **DATED** this __28th__ day of October 2010.


                                    s/Edward F. Shea
                                   EDWARD F. SHEA
                         UNITED STATES DISTRICT JUDGE

Q:\Civil\2009\9cv40efs-10-28-strikepetition.wpd

ORDER STRIKING EMERGENCY PETITION -- 1